GARY M. RESTAINO
United States Attorney
District of Arizona
DAVID P. PETERMANN
Assistant United States Attorney
Ohio State Bar No. 0071332
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Email: david.petermann@usdoj.gov
Attorneys for Plaintiff

FILED

2023 SEP -6  PM 4: 20

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR23-01367 TUC-JCH(JR)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIOLATION: |
| Dylan Bradley Boyett, | 18 U.S.C. § 924(a)(1)(A) (False Statement During Purchase of a Firearm) Counts 1-3 |
| Defendant. | 18 U.S.C. § 924(d); 21 U.S.C. § 853(p); 28 U.S.C. § 2461(c). Forfeiture Allegation |

**THE GRAND JURY CHARGES:**

**<u>COUNT 1</u>**

On or about February 9, 2023, in the District of Arizona, the defendant, DYLAN BRADLEY BOYETT, knowingly made a false statement and representation to The Hub, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of The Hub, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that he listed an address as his then current residence that he knew to be false, in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 2

On or about March 30, 2023, in the District of Arizona, the defendant, DYLAN BRADLEY BOYETT, knowingly made a false statement and representation to Turner's Outdoorsman, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Turner's Outdoorsman, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that he listed an address as his then current residence that he knew to be false, in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 3

On or about March 31, 2023, in the District of Arizona, the defendant, DYLAN BRADLEY BOYETT, knowingly made a false statement and representation to Turner's Outdoorsman, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Turner's Outdoorsman, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that he listed an address as his then current residence that he knew to be false, in violation of Title 18, United States Code, Section 924(a)(1)(A).

## FORFEITURE ALLEGATION

Upon conviction of Counts One through Three of the Indictment, the defendant, DYLAN BRADLEY BOYETT, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offense, including, but not limited to: one (1) American Tactical, Omni Hybrid model, 5.56x45mm, pistol, bearing serial number NS212964; one (1) Masterpiece Arms Defender, 9mm caliber pistol bearing serial number

*United States of America v. Dylan Bradley Boyett*
*Indictment Page 2 of 3*

FX29773; and one (1) F.N. (FN Herstal) Scar 17S, .762 caliber rifle, bearing serial number H1C19322.

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: September 6, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/

DAVID P. PETERMANN
Assistant U.S. Attorney

*United States of America v. Dylan Bradley Boyett*
*Indictment Page 3 of 3*