GARY M. RESTAINO
United States Attorney
District of Arizona
DAVID P. PETERMANN
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
E-mail: David.Petermann@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 23-1367-TUC-AMM (JR) |
| Plaintiff, | |
| vs. | GOVERNMENT'S SENTENCING MEMORANDUM |
| Dylan Bradley Boyett, | |
| Defendant. | |

Now comes the United States of America, by and through its undersigned attorneys, and hereby submits this Sentencing Memorandum for the Court's consideration at sentencing. The sentencing hearing is currently scheduled for October 21, 2024.

The government acknowledges Probation's initial calculations in the Draft Pre-Sentence Report (PSR) regarding a total offense level of 12, a criminal history category I, and guideline provisions of 10 to 16 months imprisonment. Notwithstanding, this guideline range the government in large part because of the defendant's forthright acknowledgement of the error of his ways and his success during pretrial release and as part of its agreement with the defendant is recommending a 3-year period of probation.

The PSR's recommendation is a 3-year period of probation as well.

**The Sentence**

The government is seeking 3-years of probation for many of the same reasons articulated in the PSR.  This sentence provides adequate deterrence for the defendant because if he were to violate the terms of his probation, he could, following revocation proceedings, be facing a sentence of up to 5 years imprisonment.  Based on the defendant's largely successful pretrial release term and his present family circumstances he stands to lose a lot if he is not successful during a term of probation.

Respectfully submitted this 11th day of October 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ David P. Petermann*

DAVID P. PETERMANN
Assistant U.S. Attorney

Copy of the foregoing served electronically or by
other means this 11th day of October 2024, to: Tim Rogers, Esq.